LAW OFFICES OF
**ALLEN A. KOLBER, ESQ.**
134 ROUTE 59, SUITE A
SUFFERN, NEW YORK 10901
TELEPHONE:   (845) 918-1277
FACSIMILE:    (845) 369-1618
e-mail: aKolber@Kolberlegal.com
website: www.AllenKolber.com

September 4, 2019

**VIA ECF**
Hon. Sean H. Lane
U.S. Bankruptcy Court, SDNY
300 Quarropas Street, White Plains, NY 10601

   **Re:** **Debtor:  Paulette Francese**
      **Chapter 13**
      **U.S. Bankruptcy Court, SDNY – Case No. 19-23205(rdd)**

   Re: **Prior Mortgage Lender:  Federal National Mortgage Association c/o Seterus, Inc. dba Mr. Cooper, as servicer**
      **Prior Loan Number:   xxx8269**

      **New Mortgage Lender:  SN Servicing Corporation, as servicer for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust**
      **New Loan Number:  xxxx9655**

## LOSS MITIGATION STATUS REPORT

Honorable Sir:

  This firm represents the Debtor in the above referenced Bankruptcy matter.

  On July 29, 2019 our office requested Loss Mitigation with respect to the Debtor's mortgage lender, Federal National Mortgage Association c/o Seterus, Inc. dba Mr. Cooper, as servicer, loan no. xxxx8269 (ECF Docket No. 16).

  We wish to advise the Court that the mortgage held by Federal National Mortgage Association was assigned to MTGLQ Investors and then from MTGLQ Investors to U.S. Bank, N.A., Trustee.

  **Therefore, the current mortgage lender is SN Servicing Corporation, as servicer for U.S. Bank Trust National Association as Trustee of Chalet Series III Trust (see Proof of Claim #2) and the new loan number is xxxx9655.**

          Respectfully submitted,
          LAW OFFICES OF ALLEN A. KOLBER, ESQ.

          By: */s/ Allen A. Kolber*
           Allen A. Kolber

AAK/sb
cc:  Friedman Vartolo, LLP
  Attn:  Jonathan Schwalb, Esq.
  Attorneys for SN Servicing Corporation

  Paulette Francese